IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-01310-WYD-KMT

TIM HOAG,

    Plaintiff,

v.

NORTHSTAR LOCATION SERVICES, LLC; and
DOES 1 TO 10, inclusive,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Stipulation of Dismissal with Prejudice Between Plaintiff and Defendants filed September 25, 2013.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal with Prejudice Between Plaintiff and Defendants (ECF No. 12) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

Dated:  September 25, 2013

                                            BY THE COURT:

                                            s/ Wiley Y. Daniel
                                            Wiley Y. Daniel
                                            Senior United States District Judge